**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY J. WILLIBY,

        Plaintiff,

  vs.

JOHN F. KENNEDY UNIVERSITY, et al.,

        Defendant(s).

_____/

No. C-06-5567 MHP

**ORDER DISMISSING
COMPLAINT**

     Plaintiff having made an ex parte request to dismiss this action without prejudice to a pending state court action and service having not been effected and no answer having been filed in this action,

     IT IS HEREBY ORDERED that the complaint herein is DISMISSED without prejudice to an action pending in the Superior Court of California,  County of Contra Costa, docket no. MSC 06-01810.

     The Clerk of Court shall close the file.

Date: December 27, 2006

_____

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

**ENDNOTES**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28